Law Offices of Bill LaTour
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOHN FENDER, | ) No. EDCV 10-148 JC |
| | ) |
|   Plaintiff, | ) [PROPOSED] ORDER OF |
| | ) DISMISSAL WITH PREJUDICE |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|   Defendant. | ) |
| _____ | ) |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear her own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

    Date:    May 21, 2010

                _____/s/_____
                JACQUELINE CHOOLJIAN
                UNITED STATES MAGISTRATE JUDGE